IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | CONSOLIDATED UNDER |
| LIABILITY LITIGATION (No. VI) | : | MDL 875 |
| WAGNER | : | |
| | : | Civil Action No. 08-87085 |
| v. | : | |
| VARIOUS DEFENDANTS | : | Transferred from the Southern |
| | : | District of Mississippi |

## O R D E R

**AND NOW,** this **5th** day of **May 2011,** it is hereby **ORDERED** that Plaintiff's Motion to Alter or Amend Judgment (doc. no. 95) filed on February 2, 2011 is **GRANTED.**

It is further **ORDERED** that:

1. Any outstanding discovery and exchange of expert reports shall be completed by: **June 2,2011.**

2. Dispositive motion briefing shall follow the deadlines set in the Court's Second Scheduling Order (doc. no. 84).

**AND IT IS SO ORDERED.**

    S/Eduardo C. Robreno
    **EDUARDO C. ROBRENO, J.**